**Gloria Franke Shaw** (SBN 246390)
gloria.shaw@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4800
Facsimile:  310.788.4471

**Floyd A. Mandell** (admitted *pro hac vice*)
floyd.mandell@kattenlaw.com
**Jeffrey A. Wakolbinger** (admitted *pro hac vice*)
jeff.wakolbinger@kattenlaw.com
**Julia L. Mazur** (admitted *pro hac vice*)
julia.mazur@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061

Attorneys for Defendant
Obagi Medical Products, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DERMFX, INC., a California corporation, and ALEXA STEWART LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>OBAGI MEDICAL PRODUCTS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.   8:15-cv-1999-JVS-DFM<br><br>**DEFENDANT OBAGI MEDICAL PRODUCTS' MOTION FOR SUMMARY JUDGMENT INDEX**<br><br>Date: January 9, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10 C<br><br>Judge James V. Selna |

Pursuant to the Court's Order for Jury Trial, Setting Dates [Dkt. No. 24], Defendant Obagi Medical Products, Inc. ("Obagi") submits the following index of all moving papers, opposition papers, and reply papers related to Obagi's Motion for Summary Judgment. Obagi's Motion for Summary Judgment and supporting documents were filed December 5, 2016. Plaintiffs' Opposition and supporting documents were filed December 19, 2016. Obagi's Reply and supporting documents were filed December 23, 2016.

## I. OBAGI'S MOTION AND SUPPORTING DOCUMENTS

| Name of Filed Document | Docket Number |
|---|---|
| **Obagi's Notice of Motion and Motion for Summary Judgment** | **33** |
| [Proposed] Judgment Granting Obagi's Motion for Summary Judgment | 33-9 |

| | |
|---|---|
| **Obagi's Memorandum of Law in Support of its Motion for Summary Judgment ("Memorandum")** | 33-1 |
| Ex. A to Memorandum | 33-2 |
| Ex. B to Memorandum | 33-3 |
| Ex. C to Memorandum | 33-4 |

| | |
|---|---|
| **Obagi's Statement of Undisputed Facts and Proposed Conclusions of Law in Support of its Motion for Summary Judgment** | 33-5 |
| Declaration of Christopher Fletcher in Support of Obagi's Motion for Summary Judgment ("Fletcher Declaration") | 33-6 |
| Ex. A to Fletcher Declaration | 33-7 |

1

**DEFENDANT OBAGI MEDICAL PRODUCTS' MOTION FOR SUMMARY JUDGMENT INDEX**

| | |
|---|---|
| Ex. B to Fletcher Declaration | 33-8 |
| Declaration of Jeffrey A. Wakolbinger in Support of Obagi's Motion for Summary Judgment ("JAW Declaration") | 34 |
| Exhibit D to JAW Declaration | 34-1 |
| Exhibit E to JAW Declaration | 34-2 |
| Exhibit F to JAW Declaration | 34-3 |
| Exhibit G to JAW Declaration | 34-4 |
| Exhibit H to JAW Declaration | 34-5 |
| Exhibit I to JAW Declaration | 34-6 |
| Exhibit J to JAW Declaration | 34-7 |
| Exhibit K to JAW Declaration | 34-8 |
| Exhibit L to JAW Declaration | 34-9 |
| Exhibit M to JAW Declaration | 34-10 |
| Exhibit N to JAW Declaration | 34-11 |
| Exhibit O to JAW Declaration | 34-12 |
| Exhibit 1 to JAW Declaration | 34-13 |
| Exhibit 3 to JAW Declaration | 34-14 |
| Exhibit 6 to JAW Declaration | 34-15 |

| | |
|---|---|
| Exhibit 15 to JAW Declaration | 34-16 |
| Exhibit 16 to JAW Declaration | 34-17 |
| Exhibit 17 to JAW Declaration | 34-18 |
| Exhibit 18 to JAW Declaration | 34-19 |
| Exhibit 19 to JAW Declaration | 34-20 |
| Exhibit 20 to JAW Declaration | 34-21 |
| Exhibit 21 to JAW Declaration | 34-22 |
| Exhibit 23 to JAW Declaration | 34-23 |
| Exhibit 24 to JAW Declaration | 34-24 |
| Exhibit 25 to JAW Declaration | 34-25 |
| Exhibit 26 to JAW Declaration | 34-26 |
| Exhibit 27 to JAW Declaration | 34-27 |
| Exhibit 34 to JAW Declaration | 34-28 |
| Exhibit 35 to JAW Declaration | 34-29 |
| Exhibit 36 to JAW Declaration | 34-30 |
| Exhibit 37 to JAW Declaration | 34-31 |

| II. PLAINTIFFS' OPPOSITION | |
|---|---|
| **Plaintiffs Alexa Stewart and Dermfx's Opposition to Obagi's Motion for Summary Judgment** | 35 |
| Plaintiffs' Response to Obagi's Statement of Undisputed Facts and Proposed Conclusions of Law in Support of its Motion for Summary Judgment | 35-1 |
| Declaration of Erin Alonso in Support of Opposition to Obagi's Motion for Summary Judgment; Exhibits 1–3 | 35-2 |
| Declaration of Peter Afrasiabi in Support of Opposition to Obagi's Motion for Summary Judgment ("Afrasiabi Declaration") | 35-3 |
| Exhibit 4 to Afrasiabi Declaration | 35-4 |
| Exhibit 4-28 to Afrasiabi Declaration | 35-5 |
| Exhibit 5 to Afrasiabi Declaration | 35-6 |
| Exhibit 6 to Afrasiabi Declaration | 35-7 |
| Exhibit 7 to Afrasiabi Declaration | 35-8 |
| Exhibit 8 to Afrasiabi Declaration | 35-9 |
| Exhibit 8-101 to Afrasiabi Declaration | 35-10 |
| Exhibit 8-103 to Afrasiabi Declaration | 35-11 |
| Exhibit 8-117 to Afrasiabi Declaration | 35-12 |
| Exhibit 8-119 to Afrasiabi Declaration | 35-13 |
| Exhibit 8-120 to Afrasiabi Declaration | 35-14 |

| | |
|---|---|
| Exhibit 8-125 to Afrasiabi Declaration | 35-15 |
| Exhibit 9 to Afrasiabi Declaration | 35-16 |
| Exhibit 10 to Afrasiabi Declaration | 35-17 |
| Exhibit 11 to Afrasiabi Declaration | 35-18 |
| Exhibit 12 to Afrasiabi Declaration | 35-19 |
| Exhibit 13 to Afrasiabi Declaration | 35-20 |
| Exhibit 14 to Afrasiabi Declaration | 35-21 |
| Exhibit 15 to Afrasiabi Declaration | 35-22 |
| Exhibit 18 to Afrasiabi Declaration | 35-25 |
| Exhibit 19 to Afrasiabi Declaration | 35-26 |
| Exhibit 16 to Afrasiabi Declaration **[Filed Under Seal]** | 39 |
| Exhibit 17 to Afrasiabi Declaration **[Filed Under Seal]** | 40 |
| Page 109 to Exhibit 8 to Afrasiabi Declaration **[Filed Under Seal]** | 41 |

### III. OBAGI'S REPLY

| | |
|---|---|
| **Obagi's Reply in Support of its Motion for Summary Judgment** | **42** |
| Obagi's Reply to Plaintiffs' Statement of Additional Undisputed Facts | 42-1 |

| Declaration of Jeffrey A. Wakolbinger in Support of Obagi's Motion for Summary Judgment ("Second JAW Declaration") | 42-2 |
|---|---|
| Exhibit P to Second JAW Declaration | 42-3 |
| Exhibit Q to Second JAW Declaration | 42-4 |
| Exhibit R to Second JAW Declaration | 42-5 |
| Exhibit S to Second JAW Declaration | 42-6 |
| Exhibit 49 to Second JAW Declaration | 42-7 |
| Exhibit 51 to Second JAW Declaration | 42-8 |
| Exhibit T to Second JAW Declaration | 42-9 |
| Exhibit 102 to Second JAW Declaration | 42-10 |

Respectfully submitted,

Dated: December 27, 2016        KATTEN MUCHIN ROSENMAN LLP

By: /s/Jeffrey A. Wakolbinger
*Attorneys for Defendant*
*Obagi Medical Products, Inc.*